## JOHNSON v. STATE.
### No. 19736.

Court of Criminal Appeals of Texas.

April 13, 1938.

Rehearing Denied May 18, 1938.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Conviction is for violation of the liquor laws of this state; the punishment being assessed at a fine of $200.

The record is here without a statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment will be affirmed.